1  CATHERINE CORTEZ MASTO
   Nevada Attorney General
2  JOHN L. WARD IV
   Deputy Attorney General
3  Nevada Bar No. 12513
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV  89701-4717
   Tel: (775) 684-1134
6  E-mail: jward@ag.nv.gov

7  *Attorneys for Defendants Romeo Aranas,
   Isidro Baca, Terri Jacobs, and Lisa Walsh*
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11 LARRY STACK,
                                          Case No.  3:14-cv-00276-MMD-VPC
12              Plaintiff,
                                          **PARTIES' STIPULATION AND ORDER OF
13 vs.                                    DISMISSAL WITH PREJUDICE**

14 ISIDRO BACA, et al.,

15              Defendants.

16         Plaintiff Larry Stack, *pro se*, and Defendants, by and through counsel, Catherine Cortez

17 Masto, Attorney General of the State of Nevada, and John L. Ward IV, Deputy Attorney

18 General (collectively "Parties"), hereby stipulate to the dismissal of Plaintiff's *Civil Rights*

19 *Complaint* (Doc. #4), and all claims contained therein, *with* prejudice, each party to bear his or

20 her own costs.

21    **SO STIPULATED:**

22 Dated: December 12, 2014              Dated: December 12, 2014
23
                                         CATHERINE CORTEZ MASTO
24                                       Attorney General

25
26 By: /s/ Larry Stack                   By: /s/ John L. Ward IV
       LARRY STACK (#42912)                  JOHN L. WARD IV
27     Plaintiff, *pro se*                   Deputy Attorney General
                                             Attorneys for Defendants
28

## ORDER

In contemplation of the *Parties' Stipulation and Order of Dismissal with Prejudice* of Plaintiff's *Complaint*, this Court approves the same and so orders dismissal.

Dated: this 12th day of December, 2014.

_____
MIRANDA DU
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on December 12, 2014, I caused a copy of the foregoing, **PARTIES' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Larry Stack #42912
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General